In the Matter of the Petition of LODA REALTY CORPORATION, Respondent, to Register Title to Certain Lands in Suffolk County.  MARION DE VRIES, Appel-

lant.— Appeal dismissed, with costs, and without prejudice. Appellant has no standing to prosecute this appeal, not having complied with section 389 of the Real Property Law.* Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.